**Abatement Order filed January 26, 2023**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00733-CR
_____

**HECTOR RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1677479**

## PER CURIAM

Appellant is not represented by counsel on appeal. The clerk's record reflects the trial court determined appellant is indigent for the purpose of employing counsel and paying for the record. Further, the record reflects trial counsel was permitted to withdraw and appellant's motion for the appointment of counsel on appeal was granted. Accordingly, we enter the following order.

We ORDER the judge of the 339th District Court to immediately conduct a hearing at which appellant and counsel for the State shall be present, either in person or by video teleconference, to determine whether appellant desires to prosecute this appeal, and, if so, the judge shall appoint appellate counsel for appellant. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions and any order appointing appellate counsel. Those records shall be filed with the clerk of this court within 30 days of the date of this order. If a supplemental clerk's record containing an appointment of appellate counsel is filed in this court prior to a hearing being held, no hearing is necessary.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental records are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.